Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10003-MEL |
| | ) |
| METALOR USA REFINING | ) |
| CORPORATION | ) |

## WAIVER OF INDICTMENT

METALOR USA REFINING CORPORATION, the above-named defendant, who is accused of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of 18 U.S.C. §1957, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on January 14, 2004 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
J. William Codinha, P.C., Counsel for the Defendant
And On Behalf Of The Defendant

Before: _____
Judicial Officer