

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 04-10003-MEL |
|---|---|
| DEFENDANT<br>**METALOR USA REFINING CORPORATION** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>$423,000 in United States Currency, (which is currently being held by the United States District Court for the District of Massachusetts, 1 Courthouse Way, Suite 2300, Boston, MA 02210) |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody and control over the above-referenced currency in accordance with the attached Preliminary Order of Forfeiture and applicable law. Kindly Contact Christine Karjel, Financial Administrator of the U.S. District Court, to coordinate the seizure of the currency. Her number is: (617) 748-9134.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of *Shelbey D. Wright* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 6, 2004 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service / Time of Service [ ] AM [ ] PM<br>Please see below Remarks |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection |

**REMARKS:**
The above referenced $423,000 has been seized in accordance with the above instructions. The funds have been deposited in a U.S. Customs & Border Protection suspense acount on behlf of ICE. Date of collection was March 18, 2004. Copy of Treasury Check 4638-004500532 and SEACATS revenue collection screen attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT  ☐ FOR CASE FILE  ☐ LEAVE AT PLACE OF SERVICE  ☐ FILE COPY

```
16:35                    SEIZED ASSET AND CASE TRACKING SYSTEM
TID=A8DA                       REVENUE INFORMATION
                                                                      T2P83905

                            VIOLATOR      VIOLATION     LINE         STATUS
CASE NBR: 2004040100008801  SEQ: 0000     SEQ: 0000     NBR: 000     BCA

COLL TYPE        : SECU    SEIZED CURRENCY
COLL CLASS CODE: 741       ICE-SUSPENSE-SEIZED CURRENCY
COLL TID    : D08U        PROCESS DATE: 03192004        TRANS NBR: 0001
AMOUNT DUE:    423000.00                PAID:    423000.00   CASH RECEIPT: 55501620
COLL DATE : 03182004       DEPOSIT TICKET: 981645
METHOD OF PAYMENT:                                    PAYOR TYPE:
PARTIAL PAY IND  : F (F/P/I)    CHECK/CREDIT CARD:
BUSINESS    :                                         SURETY CODE:
LAST NAME   :
FIRST NAME:
ADDRESS     :                                         APT NO:
CITY        :                             ST:         COUNTRY:
ZIP CODE    :          PHONE NBR:
COMMENTS    :


(PF1/PF2=HELP)      (PF3/PF4=MENUS)       (PF7=PREV REC)      (PF8=NEXT REC)
(PF10=PROCESS)      (PF12=CANCEL)
```

