

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 04-10003-MEL |
|---|---|
| DEFENDANT<br>METALOR USA REFINING CORPORATION | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of *Shelbey D. Wright* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 6, 2004 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service / Time of Service [ ] AM [ ] PM<br>Please see Remarks below |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer  10/13/2004<br>U.S. Customs and Border Protection |

REMARKS: Copy of Publisher's Certificate attached Notice of Order of Forfeiture published in the Boston Herald in accordance with above request. Published on February 27, March 5 and March 12, 2004 (Initially published on February 20, but that publication contained a typo error. Correct publication occurred on February 27, March 5 and March 12)

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

TOTAL P.02

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this _____22nd_____ day of _____March_____ A.D. 20_04_
personally appeared before the undersigned, a Notary Public, within and for
the said county, _Madeleine M. Sheehan_

of the _Boston Herald_, a newspaper published by
Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of
Massachusetts, and who being duly sworn, states on oath that the

_Crim No. 04-10003-MEL_ advertisement
was published in said newspaper in its issues of

_Feb 20, 27, Mar 5_ A.D. 20 _04_

_Madeleine M. Sheehan_

Subscribed and sworn to before me this _22nd_
day of _March_ A.D. 20 _04_

_____
Notary Public

[Notary seal: VALERIE ___, Notary Public, Commonwealth of Massachusetts]

# BOSTON HERALD ADVERTISIN

| | |
|---|---|
| Date/Time: | 02/23/04 12:14 PM |
| Order#: | 689435 |
| Classification: | 400 - LEGAL NOTICES |
| Price: | $ 1444.86 (Rate: ) |
| Customer: | U S TREASURY DEPT (Acc#: 6175656144L0) |
| | 10 CAUSEWAY ST. RM 601, DIR OF CUSTOMS F P & F |
| | BOSTON, MA 02222-1059 |
| Phone: | 6175655444 |
| Start Date: | 02/27/04 |
| End Date: | 03/12/04 |
| Insertions/Lines: | 3 (67 Lines) |
| Sales Rep: | R218 |
| Printed For: | R218 |

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.**

**NOTICE OF ORDER OF FORFEITURE**

Criminal No. 04-10003-MEL

United States of America, District of Massachusetts, at Boston, Massachusetts, February 2, 2004.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendant, Metalor USA Refining Corporation, in the following property, pursuant to Title 21, United States Code, Section 853(n)(1) as incorporated Title 18 United States Code, Section 982:

* $423,000 in United States Currency.

Upon adjudication of all third party interests, the United States of America intends to dispose the property named above, in accordance with the law.

Pursuant to 21 U.S.C. s853 (n)(2) and (3), as incorporated by 18 U.S.C. s982, any person, other than the defendant, having or claiming to have a legal interest in the above-described property may, within thirty (30) days of the final publication of notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the property. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. s853(n), as incorporated by 18 U.S.C. s982. The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. Upon adjudication of all third party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. s853, a incorporated by 18 U.S.C. s982, in which all such interests will be addressed.

FORFEITURES OFFICER
U.S. CUSTOMS, BOSTON, MA
Ref: 2004040100008801

Feb 27, Mar 5, 12