# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 04-10003-MEL |
| DEFENDANT<br>**METALOR USA REFINING CORPORATION** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| | |
|---|---|
| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Melissa Bayer Tearney, Esquire |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Nixon Peabody, LLP, 101 Federal Street, Boston, MA 02110-1832 |

| | | |
|---|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| | | |
|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of [ X ]Plaintiff [ ]Defendant<br>Shelbey D. Wright | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 6, 2004 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| | | | | |
|---|---|---|---|---|
| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| | | |
|---|---|---|
| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks below | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer 10/13/2004 | |

**REMARKS:**

The above referenced Order (copy) was served by certified mail return receipt requested.
Certified mail number 70012510000343005254
Copy of unsigned Postal receipt form attached. Though Postal Receipt form 3811 was returned unsigned, Postal form 3800 is stamped by the Post Office to indicate mailing of the envelope. Also, Postal Service website confirm statement (copy attached) indicates that envelope delivered on Feb. 18, 2004

U.S. Customs and Border Protection

**TD F 90-22.48 (6/96)**

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. CR 04-10003 MEL

1. Article Addressed to:

Melissa Bayer Tearney, Esq
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110-1832

2. Article Number (Transfer from service label) 7001 2510 0003 4300 5254

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

7001 2510 0003 4300 5254

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

USPS FEB 17 2004

Sent To Melissa Bayer Tearney, Esq
Street, Apt. No.; or PO Box No. Nixon Peabody LLP
City, State, ZIP+4 101 Federal St. Boston, MA 02110

PS Form 3800, January 2001 See Reverse for Instructions

UNITED STATES POSTAL SERVICE®

# Track & Confirm

## Current Status

You entered 7001 2510 0003 4300 5254

→ Your item was delivered on February 18, 2004 at 12:15pm in BOSTON, MA 02110. Additional information for this item is stored in files offline. A proof of delivery record may be available through your local Post Office for a fee.

## Restoration Options

▸ Restore Offline Item What is this? Go >

**Track & Confirm**

Enter label number:

Track & Confirm FAQs

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy