

## Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 04-10003-MEL |
|---|---|
| DEFENDANT<br>METALOR USA REFINING CORPORATION | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Christine Karjel, Financial Administrator |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>United States District Court, District of Massachusetts, 1 Courthouse Way, Suite 2300, Boston, MA 02210 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served in This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability Times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of [ X ]Plaintiff [ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 6, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>Please see Remarks below | Time of Service [ ] AM [ ] PM | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and<br>Border Protection | | 10/13/2004 |

REMARKS:

The above referenced Order (copy) was served by certified mail return receipt requested. Certified mail number 70C12510000343005247 Copy of signed Postal Receipt form attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CR No. 04-10003-MEL

1. Article Addressed to:

Christine Karjel, Financial Admin.
U.S. District Court
1 Courthouse Way
Suite 2300
Boston, MA   02210

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Kim Abaid*

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer)   7001 2510 0003 4300 5247

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark Here

FEB 17 2004

Sent To
Christine Karjel, Financial Admin.
Street, Apt. No.; U.S. DistrictCourt
or PO Box No. 1 Courthouse WAy
City, State, ZIP+4
         Boston, MA   02210

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0003 4300 5247