

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 04-10003-MEL |
|---|---|
| DEFENDANT<br>METALOR USA REFINING CORPORATION | TYPE OF PROCESS<br>Final Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>$423,000 in United States Currency |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced currency in accordance with the attached Final Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>*Shelbey D. Wright* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec. 23, 2004 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | Please see Remarks below | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeiture Officer | | Jan. 6, 2005 |

REMARKS:    U.S. Customs and Border Protection

The above-described funds of $423,00.00 have been disposed by transfer to Treasury Forfeiture Fund. The funds were transferred from the ICE/CBP suspense account to the Treasury Dept. Forfeiture Fund on January 06, 2005.
Copy of SEACATS Revenue Screen attached showing Jan. 06, 2005 process date.

TD F 90-22.48 (6/96)

[X] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

```
COLL TYPE      : FCUR    FORFEITED CURRENCY
COLL CLASS CODE: 891     ICE-FORFEITED CURRENCY/MONETARY INSTRUME
COLL TID   : SEAC        PROCESS DATE: 01062005      TRANS NBR: 0042
AMOUNT DUE:     423000.00          PAID:    423000.00  CASH RECEIPT: 55501620
COLL DATE : 03182004   DEPOSIT TICKET: 981645
METHOD OF PAYMENT:                              PAYOR TYPE:
PARTIAL PAY IND  : F (F/P/I)   CHECK/CREDIT CARD:
BUSINESS  :                                        SURETY CODE:
LAST NAME :
FIRST NAME:
ADDRESS   :                                      APT NO:
CITY      :                          ST:      COUNTRY:
ZIP CODE  :            PHONE NBR:
COMMENTS  :


(PF1/PF2=HELP)        (PF3/PF4=MENUS)       (PF7=PREV REC)     (PF8=NEXT REC)
(PF10=PROCESS)        (PF12=CANCEL)
```