

*Office of Investigations*
U.S. Department of Homeland Security
10 Causeway Street, Room 722
Boston, MA 02222

**U.S. Immigration and Customs Enforcement**

APR 1 5 2008

Kenneth Beilstein
General Manager
Metalor Technologies U.S.A.
255 John L. Dietsch Blvd
PO Box 255
N. Attleboro, MA 02761

Dear Mr. Beilstein,

I received your letter dated March 24, 2008, and have reviewed your request. I appreciate your consideration in seeking guidance before proceeding with your attempt to terminate Metalor Technologies' probationary period.

As Immigration and Customs Enforcement is the law enforcement agency that investigated the case that resulted in the Metalor Technologies prosecution, it would be inappropriate for this agency/office to be involved in making recommendations to the U.S. District Court regarding previous rulings. While Metalor Technologies' actions on probation are commendable, this office's role is investigatory, not adjudicative or decisive. Of course you may consult the U.S. Attorney's Office, however the Special Agent in Charge, Boston will not opine in this matter.

Sincerely,

Bruce M. Foucart
Special Agent in Charge
Boston, Massachusetts