UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,<br><br>  v.<br><br>Metalor USA Refining Corporation,<br><br>  Defendant. | Cr. No. 04 CR 10003 – 001 - MEL |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant Metalor USA Refining Corporation, in the above-captioned matter.

Respectfully submitted,

Dated:  June 27, 2008

/s/ Joshua S. Levy
Joshua S. Levy (BBO# 563017)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts  02110
Tel:   (617) 951-7000
Fax:  (617) 235-0441
Joshua.Levy@ropesgray.com

*Counsel for Defendant Metalor USA Refining Corporation*

### CERTIFICATE OF SERVICE

I, Joshua S. Levy, hereby certify that the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as nonregistered participants on the NEF on June 27, 2008.

Dated: June 27, 2008          /s/ Joshua S. Levy
                              Joshua S. Levy

11163792_1.DOC